IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ATEF SHEHAB, *et al.*,

    Plaintiffs,

vs.

SAMIR ALKAUSAUNEH, *et al.*,

    Defendants.

Case No. 3:05cv207

District Judge Walter Herbert Rice
Magistrate Judge Sharon L. Ovington

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 21, 2006 (Doc. #19), AND DENYING DEFENDANTS' MOTION TO DISMISS FRAUD CLAIMS (Doc. #9)**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on February 21, 2006 (Doc. #19) is ADOPTED in full; and

2. Defendants' Motion To Dismiss Fraud Claims (Doc. #9) is DENIED.

                                                              Walter Herbert Rice
                                                              United States District Judge